IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| IN THE MATTER OF THE INSPECTION OF:<br><br>DEA Registration AB 1235577 for Billings Clinic Atrium Hospital | MC<br>MJ 18-07-BLG-TJC<br><br>ADMINISTRATIVE INSPECTION WARRANT |

## WARRANT FOR INSPECTION

To: Diversion Investigator Christopher Davis and any other duly authorized investigator or agent of the Drug Enforcement Administration of the United States Department of Justice.

Application having been made and probable cause[1] as defined by 21 U.S.C. § 880(d)(1) having been shown by the affidavit of Diversion Investigator Christopher Davis of the Drug Enforcement Administration (DEA) for an inspection of the controlled premises of Billings Clinic Atrium Hospital, 2800

---

[1] Under this section, "Probable cause" means:

> "a valid public interest in the effective enforcement of this subchapter or regulations thereunder sufficient to justify administrative inspection of the area, premises, building, or conveyance, or contents thereof, in the circumstances specified in the applications for the warrant."

21 U.S.C. § 880(d)(1).

Tenth Avenue North, Billings, Montana 59101, DEA Registration Number AB1235577, and it appearing that such inspection is appropriate pursuant to 21 U.S.C. § 880.

Therefore pursuant to by 21 U.S.C. § 880, you are hereby authorized to enter the above described premises during ordinary business hours and inspect in a reasonable manner and to a reasonable extent, controlled substances, all pertinent equipment, records, files, patient files, reports, official order forms, prescriptions, and documents required to be made, kept and maintained under the provisions of the Controlled Substances Act, 21 U.S.C. § 880, et. seq., and the regulations promulgated there under, for the purpose of verifying that said records, files, official order forms, reports, prescriptions, documents and controlled substances are properly kept and maintained.

You are hereby further authorized to seize from the above described controlled premises such of the following records, reports, controlled substances, documents, files and inventories as are appropriate to the effective accomplishment of the inspection and for the purpose of copying or verifying their correctness or that are used or intended to be used in violation of the Controlled Substances Act:

 (1) DEA Form-222's, U.S. Official Order Forms for Schedule I and II controlled substances;
 (2) Any controlled substance prescriptions;

(3) Any invoice or form indicating the purchase or distribution of controlled substances;
(4) Initial and Biennial Inventories of controlled substances;
(5) DEA Form-106, Report of Theft or Loss of Controlled Substances;
(6) Any other controlled substance document required to be kept under the Controlled Substances Act necessary for the completion of a controlled substance accountability audit.

A prompt return shall be made by the inspecting officers to the undersigned United States Magistrate Judge, showing that the inspection has been completed and accounting for all property seized pursuant to this warrant, not later than ten (10) days from the issuance of this warrant.

Timothy J. Cavan
United States Magistrate Judge
District of Montana